

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-347-CR

JESS LEE CRUMP, JR.                                              APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

------------

FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

------------

# MEMORANDUM OPINION[1] AND JUDGMENT
# ON PERMANENT ABATEMENT OF APPEAL

------------

We have considered Appellant's "Motion to Abate," in which appellant's counsel moves to permanently abate the appeal due to appellant's death. A copy of the certificate of death states that appellant died on January 14, 2010.

The death of an appellant during the pendency of an appeal deprives this court of jurisdiction. *Graham v. State*, 991 S.W.2d 802, 802 (Tex. Crim. App. 1998); *Molitor v. State*, 862 S.W.2d 615, 616 (Tex. Crim. App. 1993). Under these

---

[1] *See* Tex. R. App. P. 47.4.

circumstances, the appropriate disposition is the permanent abatement of the appeal.  *See* Tex. R. App. P. 7.1(a)(2); *Graham*, 991 S.W.2d at 802.

No decision of this court having been delivered prior to the receipt of this motion, the court finds the motion to permanently abate the appeal should be granted.  It is therefore ordered, adjudged, and decreed that the appeal is permanently abated.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: April 15, 2010